RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 1 1 2015

Abel Acosta, Clerk

PD-0565-15

NO. _____

ORIGINAL

| | | |
|---|---|---|
| DYLYN RICHARDS | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

**PRO SE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

1.     The style and number of this case in the Court of Appeals, is: *Dylyn Richard v. The State of Texas*, Appeal No. 10-13-00412-CR.

2.     The style and number of the case in the trial court is: *The State of Texas v. Dylyn Richards*; Cause No. 37,254-CR; from the 40th Judicial District Court of Ellis County, Texas.

3.     The Appellant was convicted of the felony offense of Intoxication Manslaughter causing the Death of a Police Officer, a First Degree Felony.

4.     Judgment was entered on August 30, 2013 and punishment was assessed at 55 years confinement in the Texas Department of Criminal Justice—Institutional Division.

5.     The conviction was affirmed in the Court of Appeals on April 9, 2015.

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 1**

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is May 9, 2015.

7. An extension of time for a period of sixty (60) days is requested that would make the due date June 8, 2015.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. The Appellant/Pertioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to June 8, 2015.

Respectfully submitted,

Dylyn Richards
TDCJ # 01886141
Eastham Unit
2665 Prison Road #1
Lovelady, Texas  75851

PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 2

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the District Attorney, Appellate Division, Ellis County Courthouse, 109 S. Jackson Street, Waxahachie, Texas 75165, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the 26 day of April , 2015.

Dylyn Richards